**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG                 6649-0
ASHLEY C. CHINEN              10704-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawai'i 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrjones.com
achinen@marrjones.com

Attorneys for Defendants
MARRIOTT RESORTS HOSPITALITY CORPORATION,
MARRIOTT VACATIONS WORLDWIDE CORPORATION,
DARLENE FERNANDEZ, FINA ONGOY, NATHAN ORDEN,
STEVEN SOTELO, and FRANCINE KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIO TAGAMA,<br><br>         Plaintiff,<br><br>vs.<br><br>MARRIOTT RESORTS HOSPITALITY CORPORATION dba MARRIOTT KOOLINA BEACH CLUB; MARRIOTT VACATIONS WORLDWIDE CORPORATION; DARLENE FERNANDEZ; FINA ONGOY; NATHAN ORDEN; STEVEN SOTELO; FRANCINE KEALOHA; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS | CIVIL NO. _____<br><br>DEFENDANTS MARRIOTT RESORTS HOSPITALITY CORPORATION, MARRIOTT VACATIONS WORLDWIDE CORPORATION, DARLENE FERNANDEZ, FINA ONGOY, NATHAN ORDEN, STEVEN SOTELO, and FRANCINE KEALOHA'S **NOTICE OF REMOVAL**; DECLARATION OF SARAH O. WANG; EXHIBITS "A" - "G"; CERTIFICATE OF SERVICE<br><br>*caption continued on next page* |

1530126v1

| | |
|---|---|
| 1-10; DOE GOVERNMENTAL ENTITIES 1-10,<br><br>           Defendants. | |
| | Trial Date: None |

**DEFENDANTS MARRIOTT RESORTS HOSPITALITY CORPORATION, MARRIOTT VACATIONS WORLDWIDE CORPORATION, DARLENE FERNANDEZ, FINA ONGOY, NATHAN ORDEN, STEVEN SOTELO, and FRANCINE KEALOHA'S <u>NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(c), and 1446, Defendants MARRIOTT RESORTS HOSPITALITY CORPORATION ("Defendant MRHC"), MARRIOTT VACATIONS WORLDWIDE CORPORATION ("Defendant MVWC"), DARLENE FERNANDEZ ("Defendant Fernandez"), FINA ONGOY ("Defendant Ongoy"), NATHAN ORDEN ("Defendant Orden"), STEVEN SOTELO ("Defendant Sotelo"), and FRANCINE KEALOHA ("Defendant Kealoha") (collectively "Defendants") remove this action filed by MARIO TAGAMA ("Plaintiff") in the Circuit Court for the First Circuit, State of Hawaiʻi, where it is currently pending, to the United States District Court for District of Hawaiʻi, and as grounds for removal state the following:

## JURISDICTION AND VENUE

1. This is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441 and 1446, because it asserts claims under federal law.

2. This Court is in the judicial district embracing the place where the state court case was brought and is pending. Thus, this Court is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

3. Venue is proper in the District of Hawai'i pursuant to 28 U.S.C. § 1391 inasmuch as the events giving rise to the instant lawsuit, as alleged in the Complaint, occurred in the District of Hawai'i. *See* **Exhibit ("Ex.") A**.

## TIMELINESS OF REMOVAL

4. Upon information and belief, on October 18, 2023, the instant action was commenced by the filing of a Complaint in the Circuit Court of the First Circuit, State of Hawai'i, styled *Mario Tagama v. Marriott Resorts Hospitality Corporation, et al.,* Civil No. 1CCV-23-0001350 ("State Court Action").

5. On October 24, 2023, Defendant MRHC and Defendant MVWC were served with a copy of Plaintiff's Complaint in the State Court Action.

6. On November 13, 2023, Defendant Fernandez was served with a copy of Plaintiff's Complaint in the State Court Action.

7. On November 13, 2023, Defendant Ongoy was served with a copy of Plaintiff's Complaint in the State Court Action.

8. On November 13, 2023, Defendant Orden was served with a copy of Plaintiff's Complaint in the State Court Action.

9. On November 13, 2023, Defendant Sotelo was served with a copy of Plaintiff's Complaint in the State Court Action.

10. On November 13, 2023, Defendant Kealoha was served with a copy of Plaintiff's Complaint in the State Court Action.

11. A true and correct copy of the Complaint; Summons; Demand for Jury Trial served upon Defendants is attached hereto as **Ex. A**.

12. On November 13, 2023, Defendant MRHC and Defendant MVWC filed their Answer to Complaint in the State Court Action. A true and correct copy is attached hereto as **Ex. B**.

13. On November 20, 2023, Defendant Orden filed his Answer to Complaint in the State Court Action. A true and correct copy is attached hereto as **Ex. C**.

14. On November 21, 2023, Defendant Fernandez filed her Answer to Complaint in the State Court Action. A true and correct copy is attached hereto as **Ex. D**.

15. On November 21, 2023, Defendant Ongoy filed her Answer to Complaint in the State Court Action. A true and correct copy is attached hereto as **Ex. E**.

16. On November 21, 2023, Defendant Sotelo filed his Answer to Complaint in the State Court Action. A true and correct copy is attached hereto as **Ex. F**.

17. On November 21, 2023, Defendant Kealoha filed her Answer to Complaint in the State Court Action. A true and correct copy is attached hereto as **Ex. G**.

18. Pursuant to 28 U.S.C. § 1446(b), this removal is timely because Defendants filed this removal within 30 days after the service of the Complaint; Summons; Demand for Jury Trial (**Ex. A**) in the State Court Action.

19. No other process, pleadings, and/or orders have been served upon Defendants in the State Court Action.

1530126v3

## **FEDERAL QUESTION**

20. Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

21. "[A] suit arises under the Constitution and laws of the United States only when the plaintiff's statement of his own cause of action shows that it is based upon those laws or that Constitution." *Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003) (quotation omitted).

22. Here, Defendants have the right to remove the State Court Action to this Court pursuant to 28 U.S.C. § 1331 because the Complaint asserts a claims under federal law. *See* **Ex. A** at 12 ("Second Cause of Action: Age Discrimination in Employment Act …"); *id.* ¶ 48 (alleging a violation of the "Age Discrimination in Employment Act"); *id.* at 13 ("Third Cause of Action: Violation of the Family Medical Leave Act and 29 U.S. Code Section 2615"). Specifically, the Complaint alleges violations of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, *et seq.* and the Family Medical Leave Act, 29 U.S.C. §§ 2601, *et seq.* And because Plaintiff's other claims are so related to the federal claims that they form part of the same case or controversy, this Court may properly exercise supplementary jurisdiction over Plaintiff's state-law claims (Count I for alleged

violation of Hawaii Revised Statutes ("HRS") §378-2; Count II for alleged age discrimination in violation of HRS §378-2; Count IV for intentional infliction of emotional distress; Count V for negligent infliction of emotional distress; Count VI for agency/respondeat superior; and Count VII for punitive damages) pursuant to 28 U.S.C. § 1367(a).

## NOTICE

23.   The undersigned counsel certifies that Defendants will file a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the First Circuit, State of Hawai'i, as required by 28 U.S.C. § 1446(d), and give notice of same to Plaintiff.

24.   By filing this Notice of Removal, Defendants waive no defenses to the Complaint.

WHEREFORE, Defendants MARRIOTT RESORTS HOSPITALITY CORPORATION, MARRIOTT VACATIONS WORLDWIDE CORPORATION, DARLENE FERNANDEZ, FINA ONGOY, NATHAN ORDEN, STEVEN SOTELO, and FRANCINE KEALOHA respectfully request that this action be removed from the Circuit Court of the First Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i and that the action proceed herein.

DATED: Honolulu, Hawaiʻi, November 22, 2023.

    /s/ *Sarah O. Wang*
SARAH O. WANG
ASHLEY C. CHINEN

Attorneys for Defendant
MARRIOTT RESORTS
HOSPITALITY CORPORATION,
MARRIOTT VACATIONS
WORLDWIDE CORPORATION,
DARLENE FERNANDEZ, FINA
ONGOY, NATHAN ORDEN,
STEVEN SOTELO, and FRANCINE
KEALOHA

1530126v3