**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| SARAH O. WANG | 6649-0 |
| ASHLEY C. CHINEN | 10704-0 |

Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawai'i 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrjones.com
achinen@marrjones.com

Attorneys for Defendants
MARRIOTT RESORTS HOSPITALITY CORPORATION,
MARRIOTT VACATIONS WORLDWIDE CORPORATION,
DARLENE FERNANDEZ, FINA ONGOY, NATHAN ORDEN,
STEVEN SOTELO, and FRANCINE KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIO TAGAMA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARRIOTT RESORTS HOSPITALITY CORPORATION dba MARRIOTT KOOLINA BEACH CLUB; MARRIOTT VACATIONS WORLDWIDE CORPORATION; DARLENE FERNANDEZ; FINA ONGOY; NATHAN ORDEN; STEVEN SOTELO; FRANCINE KEALOHA; JOHN DOES 1-10; JANE DOES 1-10; DOE | CIVIL NO. 23-cv-00475 SOM-WRP<br><br>**STIPULATION FOR DISMISSAL** WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br>*Caption continued on next page* |

| | |
|---|---|
| CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                    Defendants. | Trial date: April 15, 2025<br>Judge: Honorable Susan O. Mollway |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND ALL PARTIES AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff *Pro Se* Mario Tagama and Defendants Marriott Resorts Hospitality Corporation, Marriott Vacations Worldwide Corporation, Darlene Fernandez, Fina Ongoy, Nathan Orden, Steven Sotelo, and Francine Kealoha (collectively "Defendants"), through, in Defendants' case, their counsel, that all claims that have been or could have been brought in this action be and hereby are dismissed with prejudice, each party to bear his/her/its own costs and attorneys' fees.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by or on behalf of all parties who have made an appearance in this action. There are no remaining claims or parties. Trial in this case was set for April 15, 2025.

//

//

//

//

DATED:   Honolulu, Hawaiʻi, _____.

STIPULATED AND AGREED TO BY:

_____
MARIO TAGAMA

Plaintiff *Pro Se*


/s/ *Sarah O. Wang*
SARAH O. WANG
ASHLEY C. CHINEN

Attorneys for Defendants
MARRIOTT RESORT HOSPITALITY CORPORATION, MARRIOTT VACATIONS WORLDWIDE CORPORATION, DARLENE FERNANDEZ, FINA ONGOY, NATHAN ORDEN, STEVEN SOTELO, and FRANCINE KEALOHA

APPROVED AND SO ORDERED:



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

---

*Mario Tagama v. Marriott Resort Hospitality Corporation, et al.*; Civil No. 23-cv-00475 SOM-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES